```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
LOUIS J. MIZRAHI                                    :
                                                    :
                Plaintiff,                          :
                                                    :    SCHEDULING ORDER
         -v.-                                       :
                                                    :    25 Civ. 3987 (JLR) (GWG)
THE DEPARMENT OF CORRECTIONS                        :
OF THE CITY OF NEW YORK                             :
                                                    :
                Defendants.                         :
---------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

After consultation with the parties, the following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. The parties shall exchange document requests and initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than October 30, 2025.

2. The parties may move to amend the pleadings or join any other parties no later than December 1, 2025.

3. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by December 1, 2025.

    The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by January 15, 2026.

4. Both plaintiff and defendant shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, by January 30, 2026. Depositions of the parties shall commence after January 30, 2026, at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place

5. All discovery shall be completed by April 1, 2026.

6. The parties shall write to the Court as soon as both sides are prepared to engage in mediation or participate in a settlement conference..

7. Any summary judgment motion is returnable before Judge Rochon, shall comply with her Individual Practices and shall be filed by April 15, 2026.

8. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices. Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

9. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at:
https://nysd.uscourts.gov/hon-gabriel-w-gorenstein . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

SO ORDERED.

Dated: New York, New York
September 30, 2025

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge