UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                      :

LOUIS J. MIZRAHI
                      :

        Plaintiff,
                      :        ORDER

     -v.-
                      :        25 Civ. 3987 (JLR) (GWG)

THE DEPARMENT OF CORRECTIONS
OF THE CITY OF NEW YORK
                      :

        Defendants.        :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      IT IS HEREBY ORDERED, that the Warden or other official in charge of the Greene Correctional Facility, produce inmate Louis J. Mizrahi, Inmate No. 25-R-1681, at 10:30 a.m. on Wednesday, June 3, 2026, at 10:30 a.m. at a suitable location within Greene Correctional Facility equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel in the above-referenced matter.    The inmate shall participate in the Court conference by dialing 646-453-4442 and using access code 845 407 983#.

      If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-4260.

      Ms. Jessica R. Rubini, counsel for defendants, must (1) transmit this Order to the Warden forthwith; (2) contact the Greene Correctional Facility promptly thereafter to confirm that the Order has been received and that there is no impediment to compliance with the Order; and (3) dial in to the court conference at the above time and date.

      SO ORDERED.

Dated: May 27, 2026
      New York, New York


                                      _____
                                        GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

Plaintiff - Louis J. Mizrahi

Defendant - City of New York