UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS J. MIZRAHI,

                             Plaintiff,

              -against-

CITY OF NEW YORK,

                             Defendant.

Case No. 1:25-cv-03987 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been informed that Judge Gorenstein held a settlement conference at which a revised settlement was reached subject to approval by the City's Comptroller's Office. This Court understands that, assuming approval is given, it will take, at most, an additional 60 days to file a stipulation of dismissal.

Accordingly, the parties' deadline to reopen the action is extended from June 10, 2026 to **August 3, 2026**. Any application to reopen filed thereafter may be denied solely on that basis.

Dated:  June 3, 2026
         New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge